**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE ELEVENTH CIRCUIT**

No. 96-5421

District Court No. 96-576-CR-KMM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ISABEL RODRIGUEZ DE VARON,

Defendant-Appellant.

--------------------------
Appeal from the United States District Court for the
Southern District of Florida
--------------------------

ON PETITION FOR REHEARING AND SUGGESTION FOR REHEARING EN BANC
(Opinion March 3, 1998, 11th Cir., ___F.3rd___)

(May 29, 1998)

Before HATCHETT, Chief Judge, TJOFLAT, ANDERSON, EDMONDSON, COX, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL and MARCUS, Circuit Judges*.


BY THE COURT:

A member of this court in active service having requested a poll on the suggestion of rehearing en banc and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this

court en banc.  The previous panel's opinion is hereby VACATED.

_____

* Senior Judge John C. Godbold has elected to participate in further proceedings in this matter pursuant to 28 U.S.C. § 46(c).